```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney (#131517)
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Tel: (415) 977-8976
      Fax: (415) 744-0134
      E-Mail: jean.turk@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WEASTERN DIVISION

| | |
|---|---|
| ELLEN B. RUNDLE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | No. CV 08-3279 VBK <br><br> **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///
///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: November 25, 2008

_____/s/_____
HON. VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5   Presented by:
 6   THOMAS P. O'BRIEN
 7   United States Attorney
 8   LEON W. WEIDMAN
 9   Assistant United States Attorney
10   Chief, Civil Division
11
12
13    /s/ - Jean M. Turk
14
15   JEAN M. TURK
16   Special Assistant United States Attorney
17
18   Attorneys for Defendant
19
20
21
22
23
24
25
26
27
28
```